JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

YAN SU,

          Petitioner,

          v.

TIM ROBBINS, Field Office Director, Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement, et al.,

          Respondents.

Case No. 2:26-cv-05104-DTB

**J U D G M E N T**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 29, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1